pleas or the present city court was adequately remedied by appeal. Hogan v. Devlin, 2 Daly, 184; People v. Fourth Dist. Ct., 13 Civ. Proc. R. 134; O'Connor v. Moschowitz, 48 How. Prac. 451; Warren v. Campbell (Com. Pl.) 14 N. Y. Supp. 165; People v. Roesch, 27 Misc. Rep. 44, 45, 57 N. Y. Supp. 295.

The motion for the writ must, therefore, be denied, with $10 costs.

---

PEOPLE ex rel. O'BRIEN v. BOLTE, Justice of Municipal Court.

(Supreme Court, Special Term, New York County.   July 5, 1900.)

REMOVAL OF CAUSES—MANDAMUS—REMEDY BY APPEAL.
    Mandamus will not lie to compel a justice to remove a cause to another court, where relator has an adequate remedy by appeal.

Mandamus by the people, on the relation of one O'Brien, against Herman Bolte, as justice of the municipal court of the city of New York, to compel removal of a cause.   Denied.

O'GORMAN, J.   The relator misconceives his remedy.   If error has been committed in the denial of his application for the removal of the cause, his remedy is by appeal.   People ex rel. Goldstein v. Bolte (Sup.) 71 N. Y. Supp. 73.

---

(35 Misc. Rep. 53.)

PEOPLE ex rel. JAFFE v. BOLTE, Justice of Municipal Court.

(Supreme Court, Special Term, New York County.   May, 1901.)

1. MANDAMUS TO JUSTICE.
    A writ of mandamus will not lie against a justice of the peace because of the alleged wrongful refusal to order the removal of an action to another district, the remedy being by appeal.

2. SAME.
    Mandamus will lie to compel a justice, who has refused to file motion papers for rehearing of a motion for removal, which the defendant deems essential to review, to file such papers.

Application by the people, on the relation of Samuel Jaffe, for writ of mandamus against Herman Bolte, justice of the municipal court of the city of New York.   Granted in part.

Benjamin & Losee, for relator.
Elias Rosenthal, for respondent.

FREEDMAN, J.   This is an application for a writ of peremptory mandamus requiring the above-named defendant to file with the clerk of the Second district municipal court of this city certain motion papers submitted to him on April 30, 1901, upon a hearing of a motion for a rehearing of an application made by the defendant in an action then pending in said municipal court, entitled "Philip Stromberg v. Samuel Jaffe," said application having been made for a transfer of said action from said Second district court to the Ninth district